IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

JEAN R. DESCOLLINE,                      :

    Petitioner,                      :

v.                                       :
                                              CIVIL ACTION 06-0614-CB-M
ALBERTO GONZALES,                        :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,                 :

    Respondents.                     :


ORDER


    After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

    It is ORDERED that this action be DISMISSED as MOOT.

    DONE this 21st day of February, 2007.



                *S/Charles R. Butler, Jr.*
                CHARLES R. BUTLER, JR.
                SENIOR UNITED STATES DISTRICT JUDGE